IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHESAPEAKE EXPLORATION, L.L.C., and CHESAPEAKE ENERGY CORPORATION, | § § § § | |
| Plaintiffs, | § | CIVIL NO. 4:12-cv-2922 |
| vs. | § § | |
| GASTAR EXPLORATION, LTD, GASTAR EXPLORATION TEXAS, LP, and GASTAR EXPLORATION TEXAS, LLC, | § § § § § § | |
| Defendants. | § | |

## ORDER DENYING THE CHESPEAKE'S PLAINTIFFS' MOTION TO COMPEL ARBITRATION AND TO STAY

Having considered the Gastar Defendants' Response in Opposition to the Chesapeake Plaintiffs' Motion to Compel Arbitration and To Stay, and the briefing in support, the Court finds that the Chesapeake Plaintiffs' motion should be **DENIED**.

It is therefore, ORDERED that that the Plaintiffs' Motion to Compel Arbitration and to Stay is DENIED.

SIGNED and ORDERED this ____ day of _____, 2012.

_____
United States District Judge

US 1652894v.1