IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHESAPEAKE EXPLORATION, L.L.C., and CHESAPEAKE ENERGY CORPORATION, | § § § § | |
| Plaintiffs, | § § | CIVIL NO. 4:12-cv-2922 |
| vs. | § § | |
| GASTAR EXPLORATION, LTD, GASTAR EXPLORATION TEXAS, LP, and GASTAR EXPLORATION TEXAS, LLC, | § § § § § | |
| Defendants. | § § | |

## ORDER ON THE GASTAR DEFENDANTS' MOTION TO DISMISS

Having considered the Gastar Defendants' Motion to Dismiss Plaintiffs' Claims Under Fed. R. Civ. P 12(b)(6) and the briefing in support, the Court finds that the Gastar Defendants' motion should be **GRANTED**.

It is therefore, ORDERED that that the Motion is GRANTED, and, pursuant to Federal Rule of Civil Procedure 12(b)(6), the Court hereby dismisses all claims in Plaintiffs' Complaint with prejudice.

SIGNED and ORDERED this ____ day of _____, 2012.

_____
United States District Judge

US 1652894v.1