UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Chesapeake Exploration LLC., et al, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-12-2922 |
| Gastar Exploration, Ltd., et al, | § § § | |
| Defendants. | § § | |

ORDER

Pursuant to the Stipulation of Voluntary Dismissal With Prejudice, the above-styled action shall be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Clerk shall send a true copy to all counsel of record.

Signed this __11__ day of June, 2013.

_____
DAVID HITTNER
United States District Judge